IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY L JENKINS,

    Plaintiff,

v.                                              CASE NO. 1:08-cv-00251-MP-MD

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation, Doc, 23, regarding the Complaint, Doc. 1. The Magistrate Judge has recommended that the Commissioner's decision be reversed and remanded under sentence four of 42 U.S.C. § 405(g) for further consideration. No party has objected, and the time for doing so has passed. Finding no plain error, it is

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 23, is ADOPTED and incorporated herein.

2. The Commissioner's decision denying benefits is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g).

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this __6th__ day of April, 2010

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge